AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| PRENTISS MCKAY <br><br> *Plaintiff(s)* <br> v. <br><br> MIDLAND FUNDING, LLC and <br> SCOTT & ASSOCIATES, P.C. <br><br> *Defendant(s)* | Civil Action No. **A17CV0383 SS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Midland Funding, LLC
c/o Corporation Service Co.
211 E. 7th St.
Ste. 620
Austin, TX 78701-3218

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Tyler Hickle
4005C Banister Lane
Ste. 120C
Austin, TX 78704
tylerhickle@hicklelegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
CLERK OF COURT

Date: 04/24/2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| PRENTISS MCKAY<br><br>*Plaintiff(s)*<br>v.<br>MIDLAND FUNDING, LLC and<br>SCOTT & ASSOCIATES, P.C.<br><br>*Defendant(s)* | Civil Action No. **A17CV0383 SS** |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Scott & Associates, P.C.
c/o National Registered Agents, Inc.
1999 Bryan St.
Suite 900
Dallas, TX 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Tyler Hickle
4005C Banister Lane
Ste. 120C
Austin, TX 78704
tylerhickle@hicklelegal.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: 04/27/2017

*Signature of Clerk or Deputy Clerk*